**Craig F. WEIGHALL, Plaintiff–Appellant,**

v.

**Doug WADDINGTON, Superintendent, Stafford Creek Corrections Center; et al., Defendants–Appellees.**

**No. 09–35026.**

United States Court of Appeals, Ninth Circuit.

Submitted March 16, 2010.*

Filed April 1, 2010.

Craig F. Weighall, Monroe, WA, pro se.

Andrea Vingo, Assistant Attorney General, Office of the Washington Attorney General, Criminal Justice Division, Olympia, WA, for Defendants–Appellees.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Washington state prisoner Craig F. Weighall appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction pursuant to 28 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

§ 1291. We review de novo a grant of summary judgment. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Weighall did not raise a genuine issue of material fact as to whether the defendants' chosen course of treatment of his amputation site was medically unacceptable. *See id.* at 1058 (holding that a difference of opinion about the best course of medical treatment does not amount to deliberate indifference).

**AFFIRMED.**